IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ASHLEY KAUFMAN,
ADC #136885                                                                                          PLAINTIFF

VS.                              5:15CV00270-BRW-JTK

RANDY WATSON, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, the timely objections received, and a de novo review of the record, the Court adopts them in their entirety.

Accordingly, Plaintiff's allegations against Defendants Randy Watson, Mark Stephens, Grant Harris, Moses Jackson, and Lashundrea Malone, are DISMISSED for failure to state a claim upon which relief may be granted. Defendants Watson, Stephens, Harris, Jackson, and Malone are DISMISSED.

IT IS SO ORDERED this 16th day of September, 2015.

                                                   s/ Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE